GO11-11(b)RC   / 006

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:   Chris A. Robinson and Cindy D. Robinson         CASE NO:   2:08-bk-15096 M
                                                                    Chapter 13

**TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE PLAN PAYMENTS
AND NOTICE OF HEARING**

Mark T. McCarty, Trustee, for this Motion to Dismiss for Failure to Make Plan Payments and Notice of Hearing, states:

1. The chapter 13 plan requires the Debtors to pay the Trustee as follows:

    $2,500.00 Monthly   ( Source: CHRIS A. ROBINSON  $2,500.00 MONTHLY )

2. The Debtors are in material default with respect to the terms of the confirmed plan pursuant to 11 U.S.C. § 1307. Payments by or for the Debtors to the Trustee have not been made as proposed

3. The Debtors' case should be dismissed pursuant to 11 U.S.C. § 1307(c)(1),(4) and (6).

/s/   Mark T. McCarty
Mark T. McCarty
STANDING CHAPTER 13 TRUSTEE
(501) 374-1572

NOTICE OF HEARING
TO THE DEBTOR AND DEBTORS' ATTORNEY:

You are hereby notified that a hearing on the Trustee's Motion to Dismiss for Failure to Make Plan Payments will be held on:

03/31/2010  at  9:30 am

United States Courthouse
Helena, AR 72342

If you contest the Trustee's Motion to Dismiss for Failure to Make Plan Payments, you should: (1) appear at the hearing; and (2) file a written response to the Motion and serve it upon the Trustee at the address listed in the Motion no later than two days before the date set for the hearing.

Date: 01/08/2010

/s/   Jean Rolfs
U. S. Bankruptcy Court Clerk

cc:   Chris A. Robinson and Cindy D. Robinson
      903 Hamilton Avenue East
      Wynne, AR  72396

      Jimmy Eaton
      1824 N Main St
      North Little Rock, AR  72114-2830